IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLYN S. POTTS                                                                                    PLAINTIFF

v.                                    Case No. 4:13CV00348 SWW-JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                                  DEFENDANT

## ORDER TO TRANSFER

On June 11, 2013, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration. In Plaintiff's Complaint, she stated that she is a resident of Clarksville, Arkansas, which is located in Johnson County. Johnson County is under the jurisdiction of the United States Western District of Arkansas. Pending is the Commissioner's Motion to Transfer (DE #4) to the western district.

A Plaintiff's action seeking judicial review of the Commissioner's decision "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides[.]" 42 U.S.C. § 405(g). Since Plaintiff resides in Johnson County, Arkansas, venue properly lies in the Western District of Arkansas. As such, the Court finds that the interests of justice would best be served by transferring the present action to the United States District Court for the Western District of Arkansas. The Court directs the Clerk to make an immediate transfer of this action to the Western District.

Accordingly, the Motion to Transfer (DE #4) is GRANTED.

IT IS SO ORDERED this 13th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE